# District Courthouse of Massachusetts Federal 1st District Court

## John Joeseph Moakley Courthouse

## 1 Courthouse way, Boston, MA

**United States of America**          {          **CASE: 91008 HONORABLE JUDGE DJC**

             **Vs.**                    }

**401 Mount Vernon Street**

**Apt. 520**

**Dorchester ,MA 02125**

# MOTION

Your Honor,

I would like to revise my conditions of release and/or modify the current conditions and am requesting a lawyer be appointed at this time for a future meeting with your Honor

Respectfully submitted,

SIGNED: _[signature]_

DATE/TIME: 4 DEC 23  11:45

..............................NOTHING FOLLOWS..........................................................................