UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 13-mc-91008-DJC |
| CARL THEODORE STOVALL III, | ) |
| Defendant | ) |

**[~~PROPOSED~~] ORDER MODIFYING ORDER OF CONDITIONAL RELEASE**

The Court held a status conference in this case on December 19, 2024, at the request of the U.S. Probation Office. Following a discussion with the parties at the status conference, it is hereby ORDERED, pursuant to the provisions of 18 U.S.C. § 4243(f), that the Order of Conditional Release entered on March 20, 2020 (CM/ECF No. 96) is hereby modified to include the following additional conditions:

**1.** Mr. Stovall must not intentionally interact with Adrianna Estevez, Julieta Hernandez, Kiera Stevens, or Manizha Kosimova. If Mr. Stovall unintentionally or by circumstance is in close proximity to one or more of those persons in a common space within his residence, including in an elevator, he shall leave that common area as quickly as reasonably possible.

**2.** If the Probation Officer determines that Mr. Stovall poses a risk to another person (including an organization), the Probation Officer is authorized to notify the person or persons about the risk.

SO ORDERED on this __20th__ day of December 2024

_/s/ Denise J. Casper_
DENISE J. CASPER
UNITED STATES DISTRICT JUDGE